1  **WO**

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6                         FOR THE DISTRICT OF ARIZONA

7

8   United States of America,        )
                                     )        06-04254MP-001-PCT-MEA
9              Plaintiff,            )
                                     )        **ORDER**
10  vs.                              )
                                     )
11                                   )
                                     )
12  Jefferson Benally,               )
                                     )
13             Defendant.            )
    _____ )

14

15

16          The defendant appeared in court with counsel. The defendant's detention hearing was

    submitted by defendant through defense counsel.
17
            IT IS ORDERED that the defendant is released on previously ordered probation
18
    conditions.
19
            DATED this 25th day of October, 2011.
20

21

22          _____
                           Mark E. Aspey
23                  United States Magistrate Judge

24

25

26

27

28